NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ZACKERY ANTONIO DENEGALL,
DOC #366840,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2D16-3955

Opinion filed April 5, 2019.

Appeal from the Circuit Court for Polk
County; James A. Yancey, Judge.

Lee Adam Cohen of Cohen Law, P.A.,
Lakeland, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

        Affirmed.

LaROSE, C.J., and KHOUZAM and SLEET, JJ., Concur.